UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2020

ELAINE SEGAL,

                Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, and THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRCIT OF THE CITY OF NEW YORK,

                Defendants.

1:19-cv-06482-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      It having been reported to this Court by the Mediator that this case has been settled, it is hereby

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **May 27, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  April 27, 2020
         New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**